*derson Bridge Company* v. *Henderson City*, 141 U. S. 679 ; *Lehigh Water Company* v. *Easton*, 121 U. S. 388; *Sioux City Street Railway Company* v. *Sioux City*, 138 U. S. 98 ; *New Orleans City and Lake Railroad Company* v. *Louisiana*, 157 U. S. 219. *Mr. George W. Weadock* in support of motions.

No. 128. NOYES *v.* SILVER QUEEN MINING COMPANY. Certificate from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted December 1, 1897. Decided December 6, 1897. Question answered in the negative on the authority of *Thorp* v. *Bonnifield*, 168 U. S. 703, and cases cited. *Mr. W. H. Doolittle* for Noyes. *Mr. John H. Miller* for the Mining Company.

No. 95. BACON *v.* STEAMER POCONOKET. Certiorari to the United States Circuit Court of Appeals for the Third Circuit. Argued November 3 and 4, 1897. Decided December 13, 1897. Decree affirmed with costs by a divided court and cause remanded to the District Court of the United States for the Eastern District of Pennsylvania. *Mr. Theodore Bacon* for the appellant. *Mr. Henry Flanders* and *Mr. E. F. Pugh* for the appellees.

No. 501. EBANKS *v.* HALE, WARDEN. Appeal from the District Court of the United States for the Northern District of California. Motions to dismiss or affirm submitted December 13, 1897. Decided December 20, 1897. *Per Curiam.* Order affirmed with costs on the authority of *Durrant* v. *Hale, &c., Warden*, 168 U. S. 705. *Mr. T. C. Catchings, Mr. W. F. Fitzgerald* and *Mr. W. H. Anderson* in support of motions.

No. 146. MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY *v.* FULLER, ASSIGNEE. Error to the United States Circuit Court of Appeals for the Eighth Circuit. Argued December 8, 1897. Decided January 3, 1898. Judgment affirmed with